AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

Eastern District of Kentucky
**FILED**

# UNITED STATES DISTRICT COURT
for the
EDKY, Central Division, Lexington

JUN 24 2013
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
|  | ) | Case No.  5:10-CR-152-JMH |
| JOHN D. FREEMAN | ) | 5:10-CR-148-JMH |
| *Defendant* | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 6/24/13

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Deck O. Gordon
*Printed name and bar number of defendant's attorney*

231 Lexington Av. Lexington Ky.
*Address of defendant's attorney*

Angelis Gordon @ aol.com
*E-mail address of defendant's attorney*

859-255-7761
*Telephone number of defendant's attorney*

859-255-0011
*FAX number of defendant's attorney*